

1  Justin Lonergan
2  601 W. Riverside Ave., Ste. 900
   Spokane, Washington 99201
3  509.624.7606
   Attorney for Hector Saul Iraheta-Mercado

United States District Court
Honorable James A. Goeke

| | |
|---|---|
| United States of America, | No. 2:25-mj-00454-JAG |
| Plaintiff, | Notice of Non-Scannable Exhibits "1" |
| v. | |
| Hector Saul Iraheta-Mercado, | |
| Defendant. | |

| | |
|---|---|
| 1 | Hector Saul Iraheta-Mercado, through counsel, Justin Lonergan, for the |
| 2 | Federal Defenders of Eastern Washington and Idaho, respectfully submits the |
| 3 | following video recording (non-scannable exhibit) entitled "Exhibit 1" for the |
| 4 | Court's consideration at his Detention Hearing on July 10, 2025 at 2:30 a.m. at the |
| 5 | Thomas S. Foley U.S. Courthouse, 920 West Riverside, Spokane, WA 99210 before |
| 6 | the Honorable James A. Goeke. |
| 7 | |
| 8 | Dated: July 10, 2025 |
| 9 |     Federal Defenders of Eastern Washington & Idaho<br>    Attorneys for Hector Saul Iraheta-Mercado |
| 10 | |
| 11 |     <u>s/Justin Lonergan</u><br>    Justin P. Lonergan, ISB 11161 |
| 12 |     601 W. Riverside Ave., 900<br>    Spokane, Washington 99201 |
| 13 |     t: (509) 624-7606<br>    f: (509) 747-3539 |
| 14 |     Justin_Lonergan@fd.org |

**Service Certificate**

I certify that on July 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney:

Anne Wick

s/Justin Lonergan
Justin P. Lonergan, ISB 11161
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Justin_Lonergan@fd.org

Notice of Non-Scannable Exhibit
– 2 –