

Justin Lonergan
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606
Attorney for Hector Saul Iraheta-Mercado

United States District Court
Honorable James A. Goeke

| | |
|---|---|
| United States of America, | No. 2:25-mj-00454-JAG |
| Plaintiff, | Notice of Non-Scannable Exhibits "A" |
| v. | |
| Hector Saul Iraheta-Mercado, | |
| Defendant. | |

Hector Saul Iraheta-Mercado, through counsel, Justin Lonergan, for the Federal Defenders of Eastern Washington and Idaho, respectfully submits the following audio recording (non-scannable exhibit) entitled "Exhibit A" for the Court's consideration at his Motion to Reconsider Detention Hearing on July 23, 2025 at 2:30 p.m. at the Thomas S. Foley U.S. Courthouse, 920 West Riverside, Spokane, WA 99210 before the Honorable James A. Goeke.

Dated: July 22, 2025

Federal Defenders of Eastern Washington & Idaho
Attorneys for Hector Saul Iraheta-Mercado

s/Justin Lonergan
Justin P. Lonergan, ISB 11161
601 W. Riverside Ave., 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Justin_Lonergan@fd.org

**Service Certificate**

I certify that on July 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney:

Anne Wick

s/Justin Lonergan
Justin P. Lonergan, ISB 11161
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Justin_Lonergan@fd.org
