Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CR-116-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio.: 18 U.S.C. § 111(a)(1), (b) |
| HECTOR SAUL IRAHETA-MERCADO, | Assault on a Federal Officer |
| Defendant. | |

The Grand Jury charges:

On or about July 8, 2025, in the Eastern District of Washington, the Defendant, HECTOR SAUL IRAHETA-MERCADO, did forcibly assault, resist, oppose, impede, intimidate, and interfere with J.W. while J.W. was employed as a Deportation Officer with Immigration and Customs Enforcement, and while J.W. was engaged in and on account of the performance of J.W.'s official

//

INDICTMENT – 1

duties, and in doing so inflicted bodily injury upon J.W., all in violation of 18 U.S.C. § 111(a)(1), (b).

DATED this 23rd day of July 2025.

A TRUE BILL

*Stephanie Van Marter* (signature)
Stephanie Van Marter
Acting United States Attorney

*Ann T. Wick* (signature)
Ann T. Wick
Assistant United States Attorney

INDICTMENT – 2