Case 2:20-cv-03512-ODW-JPR    Document 489-3    Filed 11/20/23    Page 76 of 119
Page ID #:28781



# Administrative Warrants are not Judicial Warrants

- When conducting a targeted arrest, ERO officers must possess either a Form I-205 (Warrant of Removal) or Form I-200 (Warrant for Arrest of Alien).

- An administrative warrant **does not** authorize entry into a dwelling.

- Even with an administrative warrant, you will need **consent** to enter an area in which there is a reasonable expectation of privacy.

Attorney Work Product/For Review Only/Not For Distribution       17

USA 0046086

Exhibit 5
Page 00093