

## I. Vehicle Stops

FODs have discretion to authorize vehicle stops in their respective field offices. Officers who have successfully completed Federal Law Enforcement Training Center or ICE vehicle stop training may conduct vehicle stops. Vehicles used to perform these stops must have emergency equipment (lights/siren) in compliance with state laws. The standard Federal Law Enforcement Package with which ERO vehicles are currently equipped may or may not be in compliance with state regulations for law enforcement vehicles. The FOD shall ensure that the field office coordinates with the state authority to determine if any additional retrofitting is needed.

**FODs:** Authorize officers to conduct vehicle stops, as appropriate.

**SDDOs supervising FOT activity:** Review the vehicles utilized for field operations to ensure they have emergency equipment (lights/siren) and comply with applicable state laws.

**FOT Officers:**

1. Review the vehicles utilized for field operations to ensure they have emergency equipment (lights/siren) and comply with applicable state laws.

2. Officers should not pursue a target who fails to pull over, as ERO law enforcement officers are not authorized to engage in vehicular pursuits. If the

Fugitive Operations Handbook                              Page | 20

**Law Enforcement Sensitive**

suspect vehicle fails to pull over (flees in the vehicle), do not pursue. Instead, officers should obtain accurate vehicle and occupant information and direction of travel.

