FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR SAUL IRAHETA-MERCADO,<br><br>Defendant. | No. 2:25-CR-00116-MKD-1<br><br>ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER, AND PROTECTIVE ORDER REGARDING EMPLOYMENT RELATED RECORDS<br><br>**ECF No. 84** |
|---|---|

Before the Court is the parties' Stipulation for Protective Order Regarding Employment Related Records, ECF No. 84. The parties stipulate to the need for a protective order to protect employment related records of a trial witness. *Id.* at 1. The Court has reviewed the motions and the record and is fully informed. The Court finds good cause to grant the stipulation.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Protective Order Regarding Employment Related Records, **ECF No. 84**, is **GRANTED**.

**IT IS FURTHER ORDERED:**

ORDER - 1

2. The defense team, defense attorneys, staff, investigators, and interns are precluded from disclosing or disseminating in any manner, the contents of the discovery covered in the Protected Discovery.

3. Defendant is permitted to review the Protected Discovery in the presence of defense counsel or a defense investigator, but is not permitted to keep any Protected Discovery in his own possession outside the presence of defense counsel or a defense investigator.

4. Defense counsel and defense investigators will not permit Defendant to keep, copy, or record the contents of the Protected Discovery.

5. Any filing of the Protected Discovery be under seal, without necessity of obtaining a Court order.

6. This Order shall apply to any attorneys who subsequently become counsel of record, without the need to renew or alter the Order.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** February 24, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2