# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    -vs-<br><br>HECTOR SAUL IRAHETA-MERCADO,<br><br>                              Defendant. | **Case No.        2:25-CR-00116-MKD**<br>**CRIMINAL MINUTES**<br><br>**DATE:        MARCH 10, 2026**<br>**LOCATION:  SPOKANE**<br><br>**JURY TRIAL – DAY 1** |

| **Honorable Mary K. Dimke** | | | |
|---|---|---|---|
| Cora Vargas | 02 | Flavio Posse and Natalia Rivera | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Ann Wick | | Justin Lonergan<br>Carter Powers Beggs | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ]  Open Court                  [   ]  Chambers                  [   ]  Video Conference**

Defendant present in custody of the US Marshal and being assisted by the Court's certified Spanish interpreters.

Ms. Wick moved to exclude all witnesses during trial.
- No objection by Mr. Lonergan

**Court Ruling**: oral motion **GRANTED**; witnesses are excluded during trial.

The Court and counsel discussed prospective jurors they would like to hold private conferences with after the Court's voir dire. All excusal requests based on hardship will be addressed today.

Jury venire entered Courtroom (9:13 a.m.).

Initial comments and introductions by the Court.

The Court read a brief statement of the case to jury venire.

Oath of Voir Dire administered to jury venire.

Initial comments by the Court and introductions continued.

Voir dire by Court of jury venire (9:30 a.m.).

Following a sidebar conference with counsel, the Court excused Prospective Juror 34 for hardship.

Voir dire by Court continued.

Following a sidebar conference with counsel, the Court excused Prospective Jurors 62, 73, 78, 95, and 109 for hardship.

# [   ]  ORDER FORTHCOMING

| CONVENED:  8:54 A.M.<br>11:19 AM.<br>2:17 P.M. | ADJOURNED:  11:02 A.M.<br>1:22 P.M.<br>5:11 P.M. | TIME:   7:05 HR. | CALENDARED      [ X ] |
|---|---|---|---|

USA *-v- IRAHETA-MERCADO*                                    March 10, 2026
2:25-CR-00116-MKD                                            Page 2
Jury Trial – Day 1


Voir dire by Court continued.

Following a sidebar conference with counsel, the Court excused Prospective Jurors 14, 61, and 116 for hardship.

Voir dire by Court continued.

**Recess**:          11:02 a.m.
**Reconvene**:       11:19 a.m.
**All parties present without jury venire**

The Court and counsel discussed and confirmed the prospective jurors they would like to hold private conferences with thus far.

Jury venire entered Courtroom (11:28 a.m.).

Voir dire by Court continued.

Following a sidebar conference with counsel, the Court excused Prospective Jurors 82, 88, 90, and 121 for cause.

Voir dire by Court continued.

Following a sidebar conference with counsel, the Court excused Prospective Jurors 21, 42, 63, and 111 for cause.

The Court requested that the following prospective jurors return as follows:

- Group A at 2:15 PM: 6, 7, 8, 9, 13, 23, 24, 25, 27, 29
- Group B at 3:15 PM: 33, 35, 39, 49, 51, 54, 60, 92, 94
- Group C at 4:15 PM: 97, 118, 119, 120
- All remaining prospective jurors shall return at 8:30 a.m. on Wednesday, March 11th

The Court admonished jury venire.

Jury venire excused from courtroom (1:15 p.m.)

The Court and counsel confirmed all jurors that have been excused.

**Recess**:          1:22 p.m.
**Reconvene**:       2:17 p.m.
**All parties present without jury venire**

Prospective Juror 6 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No objection by counsel to juror being excused
- **Court Ruling**: Juror 6 excused for cause

Prospective Juror 7 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- No objection by counsel to juror being excused
- **Court Ruling**: Juror 7 excused for cause

*USA -v- IRAHETA-MERCADO*
2:25-CR-00116-MKD
Jury Trial – Day 1

March 10, 2026
Page 3

Prospective Juror 8 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 8 remains on jury venire

Prospective Juror 9 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 9 remains on jury venire

Prospective Juror 13 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 13 remains on jury venire

Prospective Juror 23 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- Juror excused from courtroom
- Ms. Wick moved to excuse juror for cause
- No objection by Mr. Powers Beggs
- **Court Ruling**: Juror 23 excused for cause

Prospective Juror 24 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- Ms. Wick moved to excuse juror for cause
- No objection by Mr. Powers Beggs
- **Court Ruling**: Juror 24 excused for cause

Prospective Juror 25 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- **Court Ruling**: Juror 25 remains on jury venire

Prospective Juror 27 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 27 remains on jury venire

Prospective Juror 29 brought into open court to discuss answers to questions.
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 29 remains on jury venire

Prospective Juror 33 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 33 remains on jury venire

Prospective Juror 35 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 35 remains on jury venire

Prospective Juror 39 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 39 remains on jury venire

Prospective Juror 49 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 49 remains on jury venire

Prospective Juror 51 brought into open court to discuss answers to questions.
- Voir dire by Court
- **Court Ruling**: Juror 51 remains on jury venire

Prospective Juror 54 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- Ms. Wick moved to excuse juror for cause
- No objection by Mr. Powers Beggs
- **Court Ruling**: Juror 54 excused for cause

Prospective Juror 60 brought into open court to discuss answers to questions.
- Voir dire by Court
- Juror excused from courtroom
- Mr. Powers Beggs moved to excuse juror for cause
- No objection by Ms. Wick
- **Court Ruling**: Juror 60 excused for cause

Prospective Juror 92 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel

**Court Ruling**: Juror 92 remains on jury venire

USA -v- IRAHETA-MERCADO                                    March 10, 2026
2:25-CR-00116-MKD                                          Page 5
Jury Trial – Day 1


Prospective Juror 94 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- Ms. Wick moved to excuse juror for cause
- No objection by Mr. Powers Beggs
- **Court Ruling**: Juror 94 excused for cause

Prospective Juror 97 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- Mr. Powers Beggs moved to excuse juror for cause
- Objection by Ms. Wick
- **Court Ruling**: Juror 97 excused for cause

Prospective Juror 118 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- Mr. Powers Beggs moved to excuse juror for cause
- No objection by Ms. Wick
- **Court Ruling**: Juror 118 excused for cause

Prospective Juror 119 brought into open court to discuss answers to questions.
- Voir dire by Court
- Juror excused from courtroom
- No motion by counsel
- **Court Ruling**: Juror 119 remains on jury venire

Prospective Juror 120 brought into open court to discuss answers to questions.
- Voir dire by Court
- **Court Ruling**: Juror 120 excused for cause (after juror was excused, counsel confirmed they do not have an objection to the Court excusing juror)

The Court and counsel discussed additional prospective jurors they would like to hold a private conference with on March 11th.  Private conferences will be held with Prospective Jurors 1, 16, and 36.

Trial to resume at **8:30 a.m. on March 11, 2026 in Spokane Courtroom 901**.