# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>HECTOR SAUL IRAHETA-MERCADO,<br><br>Defendant. | **Case No.    2:25-CR-00116-MKD**<br>**CRIMINAL MINUTES**<br><br>**DATE:    MARCH 11, 2026**<br>**LOCATION:  SPOKANE**<br><br>**JURY TRIAL – DAY 2** |

| **Honorable Mary K. Dimke** | | | |
|---|---|---|---|
| Cora Vargas | 02 | Flavio Posse and Natalia Rivera | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Ann Wick | | Justin Lonergan<br>Carter Powers Beggs | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ]  Open Court**          **[  ]  Chambers**          **[  ]  Video Conference**

Defendant present in custody of the US Marshal and being assisted by the Court's certified Spanish interpreters.

Prospective Juror 1 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No objection by counsel to juror remaining on jury venire

**Court Ruling**: Juror 1 remains on jury venire

Prospective Juror 16 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel

**Court Ruling**: Juror 16 remains on jury venire

Prospective Juror 36 brought into open court to discuss answers to questions.
- Voir dire by Court
- Voir dire by Ms. Wick
- Voir dire by Mr. Powers Beggs
- Juror excused from courtroom
- No motion by counsel

**Court Ruling**: Juror 36 remains on jury venire

# [  ]  ORDER FORTHCOMING

| CONVENED:  8:39 A.M.<br>9:16 A.M.<br>11:16 A.M.<br>1:14 P.M.<br>2:11 P.M.<br>3:35 P.M. | ADJOURNED:  9:13 A.M.<br>10:55 A.M.<br>11:52 A.M.<br>2:00 P.M.<br>3:22 P.M.<br>4:52 P.M. | TIME:  6:03 HR. | CALENDARED    [ X ] |
|---|---|---|---|

**Recess**:          9:13 a.m.
**Reconvene**:     9:16 a.m.
**All parties present**

Jury venire entered courtroom.

All perspective jurors confirmed they did not obtain or learn any information regarding this case since being excused on March 10th.

Voir dire of jury venire by Ms. Wick (9:22 a.m.).

Voir dire of jury venire by Mr. Powers Beggs (9:49 a.m.).

The Court struck the following prospective jurors that failed to appear on March 10th: 20, 22, 38,43, 57, 83, 84, 99, and 117.

Peremptory challenges exercised by counsel (10:08 p.m.).

At sidebar the Court and counsel confirmed the jury, and counsel advised they have no challenges.

14 jurors were impaneled to try the cause (10:50 a.m.).

Oath administered to empaneled jury.

The remaining prospective jurors were excused with thanks of the Court and parties (10:51 a.m.).

Empaneled jury excused from courtroom.

**Recess**:          10:55 a.m.
**Reconvene**:     11:16 a.m.
**All parties present with jury**

The Court provided a copy of and read the Preliminary Jury Instructions to the jury.

Opening statements by Ms. Wick.

Opening statements by Mr. Powers Beggs.

The Court admonished the jury.

Jury excused from courtroom for lunch break (11:50 a.m.).

Ms. Wick advised that she will be filing an amended exhibit list, which will include additional exhibits containing still images of proposed Exhibit No. 4.

**Recess**:          11:52 a.m.
**Reconvene**:      1:14 p.m.
**All parties present without jury**

Ms. Wick advised that the United States' additional proposed exhibits have been provided to defense counsel, and the amended exhibit list has been filed.  Mr. Lonergan confirmed receipt of the exhibits and indicated he may have some objections to admission during the course of testimony.

Jury entered courtroom (1:19 p.m.).

*USA -v- IRAHETA-MERCADO*
2:25-CR-00116-MKD
Jury Trial – Day 2

March 11, 2026
Page 3

**<u>Special Agent in Training Andrew Johnson, Homeland Security Investigations, sworn to testify</u>**

- Direct examination by Ms. Wick

**Recess**:        2:00 p.m.
**Reconvene**:    2:11 p.m.
**All parties present with jury**

<u>Special Agent in Training Andrew Johnson, Homeland Security Investigations, resumed testimony</u>

- Direct examination by Ms. Wick continued (Exhibits 13a, 13b, 50, 51, 52, 1, 2, 3a, 3b, 11, 12, 4, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, discussed, admitted, and published to jury)

Pursuant to request by Mr. Lonergan, Special Agent in Training Andrew Johnson was instructed not to discuss his testimony with counsel for the United States during recess.

**Recess**:        3:22 p.m.
**Reconvene**:    3:35 p.m.
**All parties present without jury**

The Court inquired whether counsel stipulate to admission of certain exhibits for purpose of efficiency. Following a discussion, counsel stipulated to admission of the following exhibits: 1014-1 through 1014-60, 1015, 1016, 1017, 1018, 1019, and 1020.

The Court will admit the exhibits in the presence of the jury.  The Court advised counsel that only the exhibits published to the jury during testimony will be provided to the jury for use during deliberations, regardless of whether counsel have stipulated to admission.

Jury entered courtroom (3:43 p.m.).

The Court admitted the following exhibits in presence of jury: 1014-1 through 1014-60 (collectively identified as Exhibit 1014 on Defendant's Exhibit List), 1015, 1016, 1017, 1018, 1019, and 1020.

<u>Special Agent in Training Andrew Johnson, Homeland Security Investigations, resumed testimony</u>

- Cross examination by Mr. Lonergan (Exhibits 1014-1, -2, -3, -4, -5, -6, -7, -8, -9, -11, -23, and -22; 1015, 1016, 1017, 1018, 1019 discussed and published to jury)

The Court admonished jury.

Jury excused from courtroom at 4:44 p.m., to return at 8:30 a.m. on March 12, 2026.

Due to the line of questioning and testimony during cross examination, Ms. Wick requested that she be allowed to elicit information from Agent Johnson during re-direct as to the reasons a warrant was issued for defendant's arrest, and the reasons defendant might have known he could be arrested.

**Court Ruling**: the Court will hear argument at 8:00 a.m. on March 12th.

Trial to resume at **8:00 a.m. on March 12, 2026 in Spokane Courtroom 755**.