# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                              Plaintiff,

     -vs-

HECTOR SAUL IRAHETA-MERCADO,

                              Defendant.

**Case No.        2:25-CR-00116-MKD**

**CRIMINAL MINUTES**

**DATE:        MARCH 12, 2026**
**LOCATION:  SPOKANE**

**JURY TRIAL – DAY 3**

| **Honorable Mary K. Dimke** | | | |
|---|---|---|---|
| Cora Vargas | 02 | Flavio Posse and Natalia Rivera | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Ann Wick | | Justin Lonergan Carter Powers Beggs | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ]  Open Court**            **[   ]  Chambers**            **[   ]  Video Conference**

Defendant present in custody of the US Marshal and being assisted by the Court's certified Spanish interpreters.

Ms. Wick argued in support of her proffer regarding testimony by Special Agent in Training Andrew Johnson during redirect given testimony elicited by Mr. Lonergan during cross examination.
- Mr. Powers Beggs argued in support of defense's position regarding scope of testimony that should be allowed
- Ms. Wick provided additional arguments and information

**Court Ruling**: Ms. Wick is allowed to elicit testimony from witness regarding Defendant's previous § 1325 conviction within the parameters provided on the record.  A limiting instruction will be read to the jury. At this time, testimony regarding Defendant's employment related documents is not allowed.

The Court and counsel discussed and agreed upon the limiting instruction to be read to the jury during testimony regarding Defendant's § 1325 conviction.

**Recess**:          8:48 a.m.
**Reconvene**:      8:56 a.m.
**All parties present with jury**

Special Agent in Training Andrew Johnson, Homeland Security Investigations, resumed testimony

- Redirect by Ms. Wick (Exhibit 4 discussed and played to jury in slow motion; Exhibits 20, 1014-9, 22, 24 discussed; Exhibit 60 discussed, admitted, and published to jury)
  - The Court read a limiting instruction to jury re Defendant's prior § 1325 conviction (Ex. 60)
- Recross by Mr. Lonergan

# [   ]  ORDER FORTHCOMING

| CONVENED:  8:01 A.M. 8:56 A.M. 10:06 A.M. 11:30 A.M. 1:59 P.M. 4:58 P.M. | ADJOURNED:  8:48 A.M. 9:56 A.M. 11:18 A.M. 12:39 P.M. 3:51 P.M. 5:03 P.M. | | TIME:  6:05 HR. | CALENDARED    [ X ] |
|---|---|---|---|---|

*USA -v- IRAHETA-MERCADO*                                      March 12, 2026
2:25-CR-00116-MKD                                              Page 2
Jury Trial – Day 3

**Recess**:            9:56 a.m.
**Reconvene**:      10:06 a.m.
**All parties present with jury**

Special Agent in Training Andrew Johnson, Homeland Security Investigations, resumed testimony

- Recross by Mr. Lonergan continued (Exhibits 1022, 1024, 1030, discussed, admitted, and published to jury; Exhibit 4 discussed)
  - The Court read a limiting instruction to jury re Defendant's prior § 1325 conviction
- Recross by Mr. Lonergan continued (Exhibit 4 discussed)
- Witness stepped down and remains subject to recall

**Deportation Officer Jaime Waite, Immigration and Customs Enforcement, sworn to testify** (10:31 a.m.)

- Direct examination by Ms. Wick (Exhibits 1, 11, 13b discussed; Exhibits 14, 53, 15a, 6, 7, 8, 9, 10, 54 discussed, admitted, and published to jury)

**Recess**:            11:18 a.m.
**Reconvene**:      11:30 a.m.
**All parties present without jury**

The Court and counsel discussed anticipated trial schedule.

Jury entered courtroom (11:32 a.m.).

Deportation Officer Jaime Waite, Immigration and Customs Enforcement, resumed testimony

- Cross examination by Mr. Lonergan (Exhibit 1021 discussed, admitted, and published to jury)
- Witness stepped down and remains subject to recall

Ms. Wick **RESTED** on behalf of the United States (12:04 p.m.).

Jury excused from courtroom.

Mr. Lonergan orally moved for dismissal under Rule 29.
- Argument in opposition by Ms. Wick
**Court Ruling**: motion for dismissal under Rule 29 is **DENIED** for the reasons stated on the record.

Mr. Lonergan indicated Defendant will not testify.
- Oath administered to Defendant
- The Court engaged Defendant in a colloquy regarding his right to testify.
- Defendant confirmed he has decided not to testify and that his decision is made freely and voluntarily.
- Mr. Lonergan and Mr. Powers Beggs concurred that Defendant's decision was made freely and voluntarily after they advised Defendant of his right to testify and the possible consequences of his decision.
**Court Ruling**: the Court finds Defendant has consulted with counsel and has made a knowing and voluntary decision not to testify.

Mr. Lonergan advised that Defendant has executed a Consent to Appearance by Legal Intern and that Federal Defender Extern, Dilsia Gonzalez, will conduct direct examination of the only defense witness. The consent was provided to the Court and filed.

Jury entered courtroom (12:17 p.m.).

**Maria Zavala sworn to testify**

- Direct examination by Ms. Gonzalez
- Witness stepped down and was excused

*USA -v- IRAHETA-MERCADO*                                                   March 12, 2026
2:25-CR-00116-MKD                                                          Page 3
Jury Trial – Day 3

Mr. Powers Beggs **RESTED** on behalf of Defendant.

Ms. Wick advised the United States is not calling any rebuttal witnesses.

The Court admonished jury and released jury for lunch break (12:23 p.m.).

The Court and counsel discussed Final Jury Instructions.

**Recess**:         12:39 p.m.
**Reconvene**:      1:59 p.m.
**All parties present without jury**

The Court confirmed with counsel that they approve the Final Jury Instructions and Verdict Form provided by the Court.

Jury entered courtroom (2:01 p.m.).

Preliminary Jury Instructions were collected from each juror and Final Jury Instructions were provided to each juror. The Court read the Final Jury Instructions to the Jury.

Closing arguments by Ms. Wick (2:28 p.m.).

Closing arguments by Mr. Lonergan (2:59 p.m.).

Rebuttal arguments by Ms. Wick (3:31 p.m.).

The Court administered oath to the Bailiff/Court Security Officer to take charge of the jury.

Jury excused from courtroom to deliberate upon a verdict (3:49 p.m.).

Alternate Jurors 13 and 14 were excused with thanks of the Court, subject to the Court's admonishment until a verdict is reached.

**Recess**:         3:51 p.m.
**Reconvene**:    4:58 p.m.
**All parties present without jury**

The Court informed counsel that the jury has chosen to leave at 5:00 p.m. and that a question has been received from the jury.  The Court will admonish and release the jury and then discuss the question with counsel.

Jury entered courtroom.

The Court informed the jury that they will have an answer to their question when they arrive on March 13th to resume deliberations.

The Court admonished and excused the jury (5:00 p.m.).

The Court read the question from the jury on the record and proposed an answer, to which counsel did not object.

Deliberations will resume at 8:30 a.m. on March 13, 2026, at which time the answer will be provided to the jury.