FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00116-MKD |
| Plaintiff, | ORDER ON JURY MEALS |
| vs. | |
| HECTOR SAUL IRAHETA-MERCADO, | |
| Defendant. | |

IT IS THE ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

IT IS FURTHER ORDERED that the United States District Court pay for the meals of all jurors at the expense of the United States.

DATED March 13, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER ON JURY MEALS - 1