FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 2 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>HECTOR SAUL IRAHETA-MERCADO,<br><br>                  Defendants. | No. 2:25-CR-00116-MKD<br><br>QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |

YOUR HONOR:

We, the jury, would like the Spanish translations, alongside the English transcript, for Gov't Exhibit 4 (with timestamps) for the duration of the video, or at minimum from the beginning until JW's arm was released the second time, as we resume deliberation tomorrow morning.

DATED this 12 day of March 2026, at Spokane, Washington.

TIME: 16:50

Juror No. 11

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1

ANSWER FROM JUDGE:

Your deliberations are limited to the evidence that was admitted during the trial.

DATE: 3/12/2026

TIME: 5:05 pm

DISTRICT JUDGE MARY K. DIMKE

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 2