FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 3 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00116-MKD |
| Plaintiff, | QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |
| vs. | |
| HECTOR SAUL IRAHETA-MERCADO, | |
| Defendants. | |

YOUR HONOR:

In Regards to Instruction #9, Could we get some further clarification and elaboration on the difference between speculation vs circumstantial evidence, please?

DATED this 13 day of March 2026, at Spokane, Washington.

TIME: 09:11

Juror No. 11

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1

ANSWER FROM JUDGE:

No.

DATE: 3/13/2026

TIME: 9:18am

*MK Dimke*
DISTRICT JUDGE MARY K. DIMKE

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 2