FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 13 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR SAUL IRAHETA-MERCADO,<br><br>Defendants. | No. 2:25-CR-00116-MKD<br><br>QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |

YOUR HONOR:

We need more flavored (french vanilla) coffee creamer.

We also would like 8-10 highlighters if possible.

Thank you!

DATED this ___ day of March 2026, at Spokane, Washington.

TIME: 1252

Juror No. 1

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1