FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 3 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR SAUL IRAHETA-MERCADO,<br><br>Defendants. | No. 2:25-CR-00116-MKD<br><br>QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |

YOUR HONOR:

We, the jury, would like to view the Gov't Exhibit 04 in slow motion - from the beginning to 02:18 - at .25 speed, if possible.

DATED this 13 day of March 2026, at Spokane, Washington.

TIME: 14:05

Juror No. 11

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1