FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 3 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00116-MKD |
| Plaintiff, | QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |
| vs. | |
| HECTOR SAUL IRAHETA-MERCADO, | |
| Defendants. | |

YOUR HONOR:

Does disregard for the officer's safety by Defendant in raising the window fall within the definition of resisting arrest?

DATED this 13 day of March 2026, at Spokane, Washington.

TIME: 2:10 PM

Juror No. _____

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1

ANSWER FROM JUDGE:

You should consider all of the instructions together in determining whether the United States has proved the charged offense beyond a reasonable doubt.

DATE: 3/13/2026

TIME: 3:05pm

_____
DISTRICT JUDGE MARY K. DIMKE

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 2