FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 13 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00116-MKD |
| Plaintiff, | QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |
| vs. | |
| HECTOR SAUL IRAHETA-MERCADO, | |
| Defendants. | |

YOUR HONOR:

We would like to hear additional argument on the Gov't's case that a forcible assault has been demonstrated beyond a reasonable doubt.

DATED this ___ day of March 2026, at Spokane, Washington.

TIME: 5:05 PM

Juror No. 2

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1

ANSWER FROM JUDGE:

Additional argument of 10 minutes per side will occur at 5:35pm

DATE: 3/13/2026

TIME: 5:23pm

DISTRICT JUDGE MARY K. DIMKE

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 2