

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>Hector Saul Iraheta-Mercado,<br><br>               Defendant. | No.  2:25-CR-00116-MKD-1<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later.  My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance.  A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of March 10, 2026 to a date no later than June 16, 2026, for the following reasons pursuant to 18 U.S.C. § 3161:

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 1

Order and Receive transcripts, prepare pretrial motions, consult with experts, conduct legal research, and otherwise prepare for trial.

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Hector Saul Iraheta-Mercado
Defendant

Date: 03/19/2026

I have read this form and discussed its contents with my client.

/s/ Justin Lonergan
Counsel for Defendant

Date: 03/19/2026

I have translated this form into a language in which the Defendant is conversant.  If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered any advice or personal opinions.

/s/ Maira Perez
Interpreter

Date: 03/19/2026

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 2

**I certify I have reviewed the content of this document with Mr. Iraheta-Mercado and he authorized me to sign electronically on his behalf.**
**Attorney Signature:** */s/Justin Lonergan*
**Attorney Name: Justin Lonergan**
**Date: 03/19/2026**

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 3