# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.** 2:25-CR-0116-MKD-1 |
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 6/2/2026 |
| | **LOCATION: Spokane** |
| HECTOR SAUL IRAHETA-MERCADO, | **PRETRIAL CONFERENCE** |
| Defendant. | |

| **JUDGE MARY K. DIMKE** | | | |
|---|---|---|---|
| Linda Hansen | LC 02 | Susan Evans Flavio Posse | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreters** | **Court Reporter** |
| Ann Wick | | Justin Lonergan / Carter Powers Beggs | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court                    [ ] Probation:

Defendant is present in the courtroom with counsel; in custody of the US Marshal; and assisted by Federally Certified Court Interpreters.

The Court advised that prospective jurors 1 and 44 were released for medical reasons. The Court reviewed that prospective jurors 13, 17, 21, 45, 49, 54, 62, 63, 65, 66, 68, 75, 77, 84, 88, 100, 102, 105, 109 have been excused for cause based on previous review with the parties.

The Court and counsel discussed the questionnaires received from prospective jurors 33, 34, 36, 53, 67, 97, 2, 46, 50, 64.
Court Rulings: Prospective jurors 33, 34, 53, 67, 46, 50, 64 were excused for cause.

The Court provided rulings finding that 404(b) issues related to Defendant's alleged use of false documents at work is relevant.

The Court heard argument from counsel on ECF No. 203 Defendant's Motion to Reconsider Ruling (ECF No. 199) re: *Defense Motion in Limine/Request for Judicial Notice* (ECF No. 160). The Court DENIED the motion and provided guidance as to allowable testimony.

Mr. Powers Beggs advised the Court that information has been recently received regarding DOL data and considers it impeachment evidence. The Government has not had time to review the materials. The Court advised that briefing will be requested regarding the issue.

Ms. Wick anticipates filing a motion precluding arguments relating to asking the jury to put themselves in the shoes of others.

| CONVENED:  2:25 PM | ADJOURNED:  3:25 PM | TIME:  1 HR | |
|---|---|---|---|