FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 8 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00116-MKD |
| Plaintiff, | QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |
| vs. | |
| HECTOR SAUL IRAHETA-MERCADO, | |
| Defendants. | |

YOUR HONOR:

For the defendant to prove self defense per instruction 16, is it self defense if ALL three elements are proved, or ANY of the three elements?

DATED this 8th day of June 2026, at Spokane, Washington.

TIME: 02:34 PM

Juror No. 7 & 9

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1

ANSWER FROM JUDGE:

The Defendant does not have to prove any element of self defense. When a defendant asserts a claim of self defense, the United States has an additional burden set forth in the third paragraph of Instruction No. 16. The Court directs the jury to read Instruction No. 16 in its entirety.

DATE: June 8, 2026

TIME: 3:11 pm

_____
DISTRICT JUDGE MARY K. DIMKE

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 2