FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUN 08 2026
SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HECTOR SAUL IRAHETA-MERCADO,

Defendants.

No. 2:25-CR-00116-MKD

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS

YOUR HONOR:

Please define "unlawful force". Is ~~unlawful force~~ there a difference between a civilian & law enforcement officer using "unlawful force" And, please give an example(s) of unlawful force

DATED this 8th day of June 2026, at Spokane, Washington.

TIME: 03:24 PM

Juror No. 7

ANSWER FROM JUDGE:

Unlawful force means physical force or contact used without consent or without legal justification. In deciding whether the Defendant reasonably believed force was necessary to defend himself or another against an immediate use of unlawful force, you should consider the circumstances as they appeared to the Defendant at the time.

DATE: June 8, 2026

TIME: 3:55 pm

[signature]

DISTRICT JUDGE MARY K. DIMKE