FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 08 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HECTOR SAUL IRAHETA-MERCADO,<br>Defendants. | No. 2:25-CR-00116-MKD<br><br>QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |

YOUR HONOR:

We would like to view Gov Ex 04 in slow motion from 0:58 to 2:18

DATED this 8 day of June 2026, at Spokane, Washington.

TIME: 4:20 pm

Juror No. 9