FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 8 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00116-MKD |
| Plaintiff, | QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |
| vs. | |
| HECTOR SAUL IRAHETA-MERCADO, | |
| Defendants. | |

YOUR HONOR:

We would Like The sound TuRNed OFF DuRing The Slow Motion RePlay

Also, we need unTiL about six P.M. To Conclude Deliberations

DATED this 8 day of June 2026, at Spokane, Washington.

TIME: 4:29 P.M.

Juror No. 3

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1