FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 8 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR SAUL IRAHETA-MERCADO,<br><br>Defendant. | No. 2:25-CR-00116-MKD-1<br><br>VERDICT FORM |

## COUNT 1

We, the jury in the above-captioned case, find Defendant Hector Saul Iraheta-Mercado

NOT GUILTY  ✗_____        GUILTY _____

of the offense of Assault on a Federal Officer in violation of Section 111(a)(1), (b) of Title 18 of the United States Code.

DATED this __8ᵗʰ__ day of June, 2026.

███████████████

_____
PRESIDING JUROR

1